◼ In the Matter of MARGARET M. POTTER et al., Appellants, v TOWN BOARD OF TOWN OF AURORA et al., Respondents. (Appeal

No. 2.). [874 NYS2d 847]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered September 16, 2008 in a proceeding pursuant to CPLR article 78. The judgment, among other things, dismissed the petition/complaint.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Potter v Town Bd. of Town of Aurora* (60 AD3d 1333 [2009]). Present—Smith, J.P., Centra, Fahey, Green and Pine, JJ.